**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| ZENITH ELECTRONICS LLC, PANASONIC CORPORATION, U.S. PHILIPS CORPORATION, and THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>            *Plaintiffs*,<br><br>v.<br><br>CRAIG ELECTRONICS INC.,<br><br>            *Defendant*. | Civil Action No. 9:13-cv-80567-KLR<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF PANASONIC CORPORATION'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

      Plaintiff Panasonic Corporation respectfully submits this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1.

      Panasonic Corporation is a publicly-held company with no parent corporation, and no publicly-held company owns 10% or more of its corporate stock.

Dated:  June 5, 2013

Respectfully submitted,

PROSKAUER ROSE LLP
2255 Glades Road, Suite 421 Atrium
Boca Raton, FL 33431
Telephone: (561) 241-7400
Facsimile:  (561) 241-7145

<u>/s/  Matthew Triggs                         </u>
Matthew Triggs
Florida Bar No. 0865745
mtriggs@proskauer.com

                                                PROSKAUER ROSE LLP
                                                Steven M. Bauer*
                                                Justin J. Daniels*
                                                One International Place
                                                Boston, MA 02110
                                                (617) 526-9600

                                                *pro hac admission to be sought*

                                                *Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing was served by U.S. mail on June 5, 2013 on the Registered Agent for the party of record at the address below.


Craig Electronics Inc.
Joel Newman/Registered Agent
1160 NW 163rd Drive
Miami, Florida 33169-5816

                                                /s/ Matthew Triggs
                                                   Matthew Triggs