UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ZENITH ELECTRONICS LLC, *et al*,

        Plaintiffs,                       CASE NO. 13-80567-CV-MIDDLEBROOKS

v.

CRAIG ELECTRONICS INC.,

        Defendant.
_____/

ZENITH ELECTRONICS LLC, *et al*,

        Plaintiffs,                       CASE NO. 13-80568-CV-MIDDLEBROOKS

v.

CURTIS INTERNATIONAL LTD.,

        Defendant.
_____/

ZENITH ELECTRONICS LLC, *et al*,

        Plaintiffs,                       CASE NO. 13-80570-CV-MIDDLEBROOKS

v.

VIEWSONIC CORPORATION (alternatively
named VIEWSONIC DISPLAY CO.),

        Defendant.
_____/

## JOINT PRETRIAL SCHEDULING ORDER

Pursuant to Local Rule 16.1, and the Court having considered the Parties' Joint Scheduling Report (DE 31), it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Case No. 13-80567-CIV, Case No. 13-80568-CIV, Case No. 13-80570-CIV are **CONSOLIDATED for pretrial purposes only**, without prejudice to ViewSonic

Corporation's Motion to Transfer Venue (DE 28) and Curtis International Ltd's Motion to Transfer Venue (DE 35);

2. **Trial Date and Calendar Call**.

- Case No. 13-80567-CIV is set for jury trial during the Court's two-week trial period commencing **April 7, 2014**, before the undersigned United States District Judge and a Calendar Call shall be held on **April 2, 2014, at 1:15 p.m.**

- Case No. 13-80568-CIV is set for jury trial during the Court's two-week trial period commencing **April 21, 2014**, before the undersigned United States District Judge and a Calendar Call shall be held on **April 16, 2014, at 1:15 p.m.**

- Case No. 13-80570-CIV is set for jury trial during the Court's two-week trial period commencing **May 5, 2014**, before the undersigned United States District Judge and a Calendar Call shall be held on **April 30, 2014, at 1:15 p.m.**

3. The following are the pretrial deadlines as agreed by the Parties, with certain modifications by the Court:

| | |
|---|---|
| **September 27, 2013** | Exchange of Rule 26(a) Disclosures; |
| **October 21, 2013** | Service of invalidity contentions; |
| **October 28, 2013** | Deadline to Add Parties / Amend Pleadings; |
| **November 4, 2013** | List of proposed patent claim terms to be construed under *Markman*; |
| **November 12, 2013** | Exchange of both Parties' proposed definitions for proposed claim terms to be construed; |
| **November 26, 2013** | Submission of Joint Claim Construction Statement;; |
| **December 10, 2013** | Initial *Markman* briefs (to be filed by both sides);[1] Parties shall jointly prepare two indexed, bound, and tabbed paper copies of the prosecution history file wrappers of the patent(s) at issue in reverse chronological order (*i.e.*, the oldest document appears first), and deliver them to the Court; |
| **December 24, 2013** | Each Party to file Response to initial *Markman* briefs; |

---

[1] If a *Markman* hearing is requested, the Parties should submit a joint notice of availability setting forth several dates of availability for both Parties within the two-week period during which they would like to have the hearing. In this joint notice, the Parties should indicate how much time the Court should set aside for the hearing.

| | |
|---|---|
| **December 27, 2013** | Parties shall file a <u>Joint</u> Statement, **no longer than ten pages,** summarizing why each of the identified terms justifies claim construction and why each term is essential to this case;[2] |
| **January 20, 2014** | Close of fact discovery and service of amended invalidity contentions; |
| **January 27, 2014** | Initial Expert Reports (for matters in which each Party bears the burden of proof); |
| **February 10, 2014** | Rebuttal Expert Reports (responding to matters in which the other side bears the burden of proof); |
| **February 24, 2014** | Close of expert discovery; |
| **March 10, 2014** | All pretrial dispositive motions and *Daubert* motions must be filed. Counsel shall submit courtesy copies of all briefs and exhibits in three-ring binders to my Chambers; |
| **42 days before trial** | <u>Joint</u> pretrial stipulation and deposition designations must be filed pursuant to Local Rule 16.1.E. The witness lists shall be pared down to those witnesses the parties actually intend to call at trial; and the exhibit lists shall identify the witness introducing each exhibit. The witness and exhibit lists shall contain information required by Fed. R. Civ. P. 26(a); |
| **35 days before trial** | Rebuttal/counter deposition designations must be filed; |
| **7 days before trial** | (a) <u>Joint</u> proposed jury instructions and verdict form must be filed outlining (1) the legal elements of Plaintiff's claims, including damages, and (2) the legal elements of the defenses raised, consistent with and citing to the Eleventh Circuit Pattern Jury Instructions, where applicable;<br><br>(b) Proposed findings of fact and conclusions of law must be filed by each Party, where applicable; **and**<br><br>(c) Motions in Limine and Responses must be filed. **Before any motions are filed, the parties shall consult with each other to see if the issues can be resolved without Court involvement.** The motions shall be limited to one (1) page per evidentiary issue, and shall identify the evidence sought to be precluded and the legal authority supporting |

---

[2] Amended infringement contentions shall be served within two weeks of the Court's Claim Construction Order.

3

exclusion. The responses shall also be limited to one (1) page, and shall provide a statement of the purpose for which the challenged evidence would be offered and the legal authority supporting the admissibility of such evidence.

4. The Parties may stipulate to different pretrial deadlines as they see fit, *without judicial intervention*, with the exception of the pretrial dispositive motions deadline (March 10, 2014) and any deadline arriving thereafter. Said differently, all dates and deadlines scheduled after March 10, 2014, shall remain in effect absent an Order from this Court stating otherwise.

5. **Settlement**. If this case is settled, counsel must inform the Court within two (2) days by calling my Chambers.

6. **Non-compliance with Order and Rules of Court**. Non-compliance with any provision of this Order, the Federal Rules of Civil Procedure, and/or the Local Rules of Court, may subject the offending party to **sanctions or dismissal**. It is the duty of all counsel to enforce the case management timetable to insure an expeditious resolution of this cause.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this _20_ day of September, 2013.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record