# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# Case No. 9:13-cv-80567-DMM
# (Consolidated for Pretrial)

| | |
|---|---|
| ZENITH ELECTRONICS LLC, PANASONIC CORPORATION, U.S. PHILIPS CORPORATION, and THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, <br><br> *Plaintiffs*, <br><br> v. <br><br> CRAIG ELECTRONICS INC., <br><br> *Defendant*. | Civil Action No. 9:13-cv-80567-DMM <br><br> JURY TRIAL DEMANDED |
| ZENITH ELECTRONICS LLC, PANASONIC CORPORATION, U.S. PHILIPS CORPORATION, and THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, <br><br> *Plaintiffs*, <br><br> v. <br><br> CURTIS INTERNATIONAL LTD., <br><br> *Defendant*. | Civil Action No. 9:13-cv-80568-DMM <br><br> JURY TRIAL DEMANDED |
| ZENITH ELECTRONICS LLC, PANASONIC CORPORATION, U.S. PHILIPS CORPORATION, and THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, <br><br> *Plaintiffs*, <br><br> v. <br><br> VIEWSONIC CORPORATION (alternatively named VIEWSONIC DISPLAY CO.), <br><br> *Defendant*. | Civil Action No. 9:13-cv-80570-DMM <br><br> JURY TRIAL DEMANDED |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Plaintiffs Zenith Electronics LLC, Panasonic Corporation, U.S. Philips Corporation, and The Trustees of Columbia University in the City of New York, and Defendants Craig Electronics Inc., Curtis International Ltd., and ViewSonic Corporation (together, the "Parties"), by and through their undersigned counsel, hereby move this Court to enter the attached Stipulated Protective Order, and state as follows:

1. Due to the confidential and otherwise sensitive nature of certain categories of information that have been, and that the Parties anticipate will continue to be, exchanged during the course of discovery in this litigation, the Parties have entered into a Stipulated Protective Order, a fully executed copy of which has been attached hereto.

2. The Parties hereby move this Court for entry of the Stipulated Protective Order.

WHEREFORE, the Parties hereby move the Court for entry of the attached Stipulated Protective Order.

Dated:  November 26, 2013

LOTT & FISCHER
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134-1098
Telephone: 305-448-7089
Facsimile: 305-446-6191

/s/ Ury Fischer
Ury Fischer
Florida Bar No. 0048534
ufischer@lottfischer.com
Leslie J. Lott
Florida Bar No. 182196
ljlott@lottfischer.com
Adam Diamond
Florida Bar No. 091008
adiamond@lottfischer.com
*Attorneys for Defendants Craig Electronics Inc.*
*and ViewSonic Corp.*

MANATT PHELPS PHILLIPS
Shari Wollman (*pro hac vice*)
Robert Becker (*pro hac vice*)
11355 West Olympic Boulevard
Los Angeles, CA 90064
Telephone: 310-312-4309
Fax: 310-312-4224
*Attorneys for Defendant ViewSonic Corp.*

MCKOOL SMITH
Scott W. Hejny (*pro hac vice*)
Michael P. Fritz (*pro hac vice*)
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: 214-978-4000
Facsimile: 214-978-4044
*Attorneys for Defendant Curtis International Ltd.*

STEARNS WEAVER MILLER
WEISSLER ALADHEFF & SITTERSON
Museum Tower
150 W. Flagler Street, Suite 2200
Miami, FL 33130
Telephone: 305-789-3200

Respectfully submitted,

PROSKAUER ROSE LLP
2255 Glades Road, Suite 421 Atrium
Boca Raton, FL 33431
Telephone: (561) 241-7400
Facsimile:  (561) 241-7145

/s/ Payal Salsburg
Matthew Triggs
Florida Bar No. 0865745
mtriggs@proskauer.com
Payal Salsburg
Florida Bar No. 0057038
psalsburg@proskauer.com

PROSKAUER ROSE LLP
Steven M. Bauer (*pro hac vice*)
Justin J. Daniels (*pro hac vice*)
One International Place
Boston, MA 02110
(617) 526-9600

*Attorneys for Plaintiffs Zenith Electronics*
*LLC, Panasonic Corporation, U.S. Philips*
*Corporation, and The Trustees of Columbia*
*University in the City of New York.*

2

Facsimile: 305-789-2647

/s/ Samuel Patmore
Jay B. Shapiro
Florida Bar No. 776361
Samuel O. Patmore
Florida Bar No. 0096432
*Attorneys for Defendant Curtis International Ltd.*

## Certificate of Service

I hereby certify that on this 26th day of November, 2013, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system.

/s/ <em>Payal Salsburg</em>