IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 9:13-cv-80567-DMM
(Consolidated for Pretrial)

| | |
|---|---|
| ZENITH ELECTRONICS LLC, PANASONIC CORPORATION, U.S. PHILIPS CORPORATION, and THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>*Plaintiffs*,<br><br>v.<br><br>CRAIG ELECTRONICS INC.,<br><br>*Defendant*. | Civil Action No. 9:13-cv-80567-DMM<br><br>JURY TRIAL DEMANDED |
| ZENITH ELECTRONICS LLC, PANASONIC CORPORATION, U.S. PHILIPS CORPORATION, and THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>*Plaintiffs*,<br><br>v.<br><br>CURTIS INTERNATIONAL LTD.,<br><br>*Defendant*. | Civil Action No. 9:13-cv-80568-DMM<br><br>JURY TRIAL DEMANDED |
| ZENITH ELECTRONICS LLC, PANASONIC CORPORATION, U.S. PHILIPS CORPORATION, and THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>*Plaintiffs*,<br><br>v.<br><br>VIEWSONIC CORPORATION (alternatively named VIEWSONIC DISPLAY CO.),<br><br>*Defendant*. | Civil Action No. 9:13-cv-80570-DMM<br><br>JURY TRIAL DEMANDED |

**JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to the Joint Pretrial Scheduling Order [D.E. 33], Plaintiffs Zenith Electronics LLC, Panasonic Corporation, U.S. Philips Corporation, and The Trustees of Columbia University in the City of New York, and Defendants Craig Electronics Inc., Curtis International Ltd., and ViewSonic Corporation (together, the "Parties") hereby submit this Joint Claim Construction Statement.

I.   **AGREED-UPON CONSTRUCTIONS**

The Parties have agreed to adopt the constructions of certain of the claim terms and phrases of the patents-in-suit. The agreed-upon constructions are set forth in Exhibit A.

II.   **DISPUTED CLAIMS TERMS AND PHRASES**

The Parties' proposed constructions for each disputed claim term or phrase are set forth in Exhibit B.

Dated: November 26, 2013

LOTT & FISCHER
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134-1098
Telephone: 305-448-7089
Facsimile: 305-446-6191

/s/ *Ury Fisher*_____
Ury Fischer
Florida Bar No. 0048534
ufischer@lottfischer.com
Leslie J. Lott
Florida Bar No. 182196
ljlott@lottfischer.com
Adam Diamond
Florida Bar No. 091008
adiamond@lottfischer.com
*Attorneys for Defendants Craig Electronics Inc. and ViewSonic Corp.*

MANATT PHELPS PHILLIPS
Shari M. Wollman (*pro hac vice*)
11355 West Olympic Boulevard
Los Angeles, CA 90064
Telephone: 310-312-4309
Fax: 310-312-4224
*Attorneys for Defendant ViewSonic Corp.*

MCKOOL SMITH
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: 214-978-4000
Facsimile: 214-978-4044

*/s/ Michael P. Fritz*_____
Scott W. Hejny (pro hac vice)
shejny@mckoolsmith.com
Michael P. Fritz (pro hac vice)
mfritz@mckoolsmith.com

-and-

STEARNS WEAVER MILLER
WEISSLER ALADHEFF & SITTERSON
Jay B. Shapiro

Respectfully submitted,

PROSKAUER ROSE LLP
2255 Glades Road, Suite 421 Atrium
Boca Raton, FL 33431
Telephone: (561) 241-7400
Facsimile: (561) 241-7145

*/s/ Payal Salsburg*_____
Matthew Triggs
Florida Bar No. 0865745
mtriggs@proskauer.com
Payal Salsburg
Florida Bar No. 0057038
psalsburg@proskauer.com

PROSKAUER ROSE LLP
Steven M. Bauer (*pro hac vice*)
Justin J. Daniels (*pro hac vice*)
One International Place
Boston, MA 02110
(617) 526-9600

*Attorneys for Plaintiffs*

3

Florida Bar No. 776361
Samuel O. Patmore
Florida Bar No. 0096432
Museum Tower
150 W. Flagler Street, Suite 2200
Miami, FL 33130
Telephone: 305-789-3200
Facsimile: 305-789-2647

*Attorneys for Defendant Curtis International Ltd.*

**Certificate of Service**

I hereby certify that on this 26th day of November, 2013, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system.

*/s/ Payal Salsburg*