**EXHIBIT A**

**AGREED CONSTRUCTIONS**

A. **US 8,115,873 (Columbia)**

| '873 Term | Claim(s) | Agreed Construction |
|---|---|---|
| receive in a data bit stream, over time | 14 | *The term* "data bit stream" *is discussed below.*<br><br>"Receive in a data bit stream, on an ongoing basis." |
| present | 16, 17 | "Show or exhibit." |

B. **US 5,629,958 (Zenith)**

| '958 Terms | Claim(s) | Agreed Construction |
|---|---|---|
| means for receiving a data signal comprising a plurality of successive data frames, each of said data frames comprising a plurality of encoded data symbols representing a plurality of source data bytes and arranged in a predetermined number of data segments in which the data symbols are grouped in a plurality of respective interleaved subsegments, a predetermined one of the data segments of each of said data frames comprising a frame sync segment the last N symbols of which comprise a copy of the last N encoded data symbols | 9 | **Function:** receiving a data signal comprising a plurality of successive data frames, each of said data frames comprising a plurality of encoded data symbols representing a plurality of source data bytes and arranged in a predetermined number of data segments in which the data symbols are groups in a plurality of respective interleaved subsegments, a predetermined one of the data segments of each of said data frames comprising a frame sync segment the last N symbols of which comprise a copy of the last N encoded data symbols of the immediately preceding data segment<br><br>**Structure:** a tuner and its equivalents |

| '958 Terms | Claim(s) | Agreed Construction |
|---|---|---|
| of the immediately preceding data segment | | |
| each comprising a plurality of said encoded data symbols representing a contiguous group of said source data bytes | 12 | "each subsegment including a plurality of the encoded data symbols collectively representing a contiguous group of the source data bytes encoded at the transmitter" |

C. **US 5,802,107 (Zenith)**

| '107 Terms | Claim(s) | Agreed Construction |
|---|---|---|
| receiving means for receiving the data symbols of the frame | 12 | **Function:** receiving the data symbols of the frame<br><br>**Structure:** a receiver or its equivalents |
| receiving means for receiving the data elements of the frame | 20 | **Function:** receiving the data elements of the frame<br><br>**Structure:** a receiver or its equivalents |