**EXHIBIT B**

**DISPUTED CLAIM TERMS**

A. US RE 42,643 (Panasonic)

| '643 Terms | Claim(s) | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| signal receiving apparatus | 14 | *This term does not warrant construction. It should be given its plain and ordinary meaning, to wit:* "a receiver." | A receiver for receiving a multi-level transmission or signal. |
| a tuner operable to receive a VSB modulated signal resulting from: (a) a mapper mapping a first data stream to a 2-level mapped signal having two levels separated by a first amount, and a second data stream to an 8-level mapped signal having eight levels, each adjacent two levels of which are separated by the second amount that is less than the first amount; (b) a DC offset generator adding a DC offset to both the 2-level mapped signal and the 8-level mapped signal to produce a 2-level digital signal and an 8-level digital signal, respectively; and (c) a digital filter filtering the 2-level digital signal and the 8-level digital signal, wherein the digital filter has an amplitude versus frequency characteristic which comprises (i) a VSB characteristic covering a | 14 | *This term does not warrant construction. It should be given its plain and ordinary meaning, to wit:* "a tuner which can be operated to receive a VSB (vestigial side band) modulated signal."<br><br>*The rest of the term does not require separate construction from the constructions below.* | Indefinite. |

| '643 Terms | Claim(s) | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| frequency band including a carrier frequency, and (ii) a roll-off characteristic | | | |
| mapping a first data stream to a 2-level mapped signal having two levels separated by a first amount, and a second data stream to an 8-level mapped signal having eight levels, each adjacent two levels of which are separated by the second amount that is less than the first amount | 14 | *This term does not require separate construction from the constructions below.* | Combining a first data stream with a second data stream whereby the first data stream specifies one of two levels separated by a first amount for each data point and the second data stream specifies one of eight levels for each data point. |
| data stream | 14 | *This term does not warrant construction. It should be given its plain and ordinary meaning, to wit:* "a stream of data." | Information contained in an input signal. |
| mapping a [first/second] data stream | 14 | *This term does not warrant construction. It should be given its plain and ordinary meaning, to wit:* "assigning an element of a [first or second] stream of data" to something. | Assigning information contained in an input signal to predefined points on an I axis. |
| [2-/8-] level mapped signal | 14 | *This term does not warrant construction. It should be given its plain and ordinary meaning, to wit:* "a signal with [2-/8-] level elements" produced by the mapper circuit. | Indefinite. |
| the second amount that is less than the first amount | 14 | *This term does not warrant construction. It should be given its plain and ordinary meaning, to wit:* "a second amount, separating two adjacent levels in the 8-level mapped signal, that is less than the first amount, separating two adjacent levels in the 2-level mapped signal." | Indefinite. |

| '643 Terms | Claim(s) | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| [2-/8-] level digital signal | 14 | *This term does not warrant construction. It should be given its plain and ordinary meaning, to wit:* "a [2-/8-] level digital signal." | Indefinite. |
| an amplitude versus frequency characteristic | 14 | *This term does not warrant construction. It should be given its plain and ordinary meaning, to wit:* "a characteristic representable by a graph having frequency on one axis and amplitude on another axis." | Indefinite. |
| a VSB characteristic covering a frequency band including a carrier frequency | 14 | *This term does not warrant construction. It should be given its plain and ordinary meaning, to wit:* "a vestigial side band characteristic covering a frequency band including a carrier frequency." | Indefinite. |
| a roll-off characteristic | 14 | *This term does not warrant construction. It should be given its plain and ordinary meaning, to wit:* "rate of loss or attenuation of a signal beyond a certain frequency." | Indefinite. |
| a demodulator operable to | 14 | *This term does not warrant construction. It should be given its plain and ordinary meaning, to wit:* "a demodulator capable of being operated to." | Indefinite. |
| demodulate the received signal | 14 | *This term does not warrant construction. It should be given its plain and ordinary meaning, to wit:* "extract information from the received VSB signal." | Convert the received signal into digital bits for further processing. |
| reproduce the first data stream and second data stream | 14 | *This term does not warrant construction. It should be given its plain and ordinary meaning, to wit:* "reproduce the first and second data streams" from the received | Recover the input signal associated with the first and second data streams. |

| '643 Terms | Claim(s) | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | | VSB signal. | |

B. **US 5,684,541 (Philips)**

| '541 Terms | Claim(s) | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| television program | 2 | *This term does not warrant construction. It should be given its plain and ordinary meaning, to wit:*<br>"A video signal having one or more data streams." | A recorded segment of data that can be broadcast over a network. |
| a decoder for receiving and storing tuning data | 2 | *This term does not warrant construction. It should be given its plain and ordinary meaning, to wit:*<br>"A decoder for receiving and storing tuning data." | This claim element is written in means plus function format. The means is the teletext decoder 14 described in the patent. This decoder comprises a video input processor 141 which receives the video signal CVBS, separates the teletext data packets therefrom and applies these packets through a data line TTD to a circuit 142 which will be referred to as Computer Controlled Teletext decoder (abbreviated CCT decoder). The CCT decoder also receives a clock signal from the video input processor 141 via a clock line TTC. It is further coupled to a memory 143 in which one or more teletext pages can be stored and which is therefore referred to as page memory. The CCT decoder supplies the three previously mentioned elementary colour signals R', G' and B' and the blanking signal BLK. The CCT decoder is also suitable for displaying locally generated On-Screen-Display information. The video input processor 141 may be constituted by the Philips IC SAA 5230, |

| '541 Terms | Claim(s) | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | | | the CCT decoder 142 may be the Philips IC SAA 5240 and the page memory 143 may be an 8 kbyte RAM. For an extensive description of structure and operation of the teletext decoder 14, reference is made to "Computer Controlled Teletext", Electronic Components and Applications, vol. 6, no. 1, 1984, pp. 15-29. |
| tuning data | 2 | *This term does not warrant construction. It should be given its plain and ordinary meaning, to wit:* "Data that represent the transmitter frequencies or the channel numbers through which the plurality of television programs are transmitted, or preset numbers allocated to the receivable television programs." | Data that represent both the two digit present numbers that are allocated to the television programs by the local cable network manager and the transmitter frequencies used by the transmitter stations. |
| tuning data which are transmitted in the television signal | 2 | *This term does not warrant construction. It should be given its plain and ordinary meaning, to wit:* "Tuning data which are transmitted in the television signal." | Data that represent both the two digit present numbers that are allocated to a television program by the local cable network manager and the transmitter frequency used by the transmitter station, which are transmitted along with data that represent a television program. |
| tuning data are representative of the receivable television programs | 2 | *This term does not warrant construction. It should be given its plain and ordinary meaning, to wit:* "Data that represent the transmitter frequencies or the channel numbers through which the plurality of television programs are transmitted, or preset | Indefinite. |

| '541 Terms | Claim(s) | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | | numbers allocated to the receivable television programs." | |
| storing the tuning data in respective memory locations | 2 | *This term does not warrant construction. It should be given its plain and ordinary meaning, to wit:* "Storing the tuning data in respective memory locations." | Storing the tuning data for each television program in a separate memory location for each respective television program. |
| a control circuit coupled to said tuner, decoder and tuning memory | 2 | *This term does not warrant construction. It should be given its plain and ordinary meaning, to wit:* "A control circuit coupled to the tuner, decoder and tuning memory of the receiver." | This claim element is written in means plus function format. The means is a microcomputer of the MAB 84xx family of Philips that is communicatively linked to the tuner, the decoder, and the tuning memory. |
| adapted to | 2 | *This term does not warrant construction. It should be given its plain and ordinary meaning, to wit:* "Suitable for." | Indefinite. |

C. **US 8,115,873 (Columbia)**

| '873 Terms | Claim(s) | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| object | 14, 18 | "An independently encodable/encoded piece of content, which has immediate visual relevancy, representing familiar physical object(s), including, for example, a station logo, a video frame, graphics, text, a spoken phrase, a tune, or a compound object." | Element of a visual content structure that represents a familiar physical object and is independently encoded using a technique that gives it optimal quality |
| circuit | 14, 18 | *This term does not warrant construction. It should be given its plain and ordinary meaning, to wit:* "A circuit." | A discrete assemblage of physical electronic components. |
| data bit stream | 14 | *This term does not warrant construction. It should be given its plain and ordinary meaning, to wit:* "An ordered series of bits that forms the coded representation of the data." | A signal for the transmission of binary information as a simple, unstructured sequence of bits |
| audiovisual/video object | 14, 18 | *The term "object" is discussed above.*<br><br>*This term does not warrant construction. It should be given its plain and ordinary meaning, to wit:* "An object that represents audiovisual or video signals, including, for example, a station logo, a video frame, graphics, text, a spoken phrase, a tune, or a compound object." | This term is indefinite.<br><br>Alternatively,<br><br>An object comprising at least two discrete component elements, at least one element having audible and visible content and at least one element having motion picture content |
| composition information for the object | 14 | *This term does not warrant construction. It should be given its plain and ordinary meaning, to wit:* "Information for the arrangement of the | Information providing the position of an object in a scene |

| '873 Terms | Claim(s) | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | | object, for example, into proportion or physical relation." | |
| a composer circuit configured to process the received composition information to compose a scene using the at least one object | 14 | *The terms "circuit," "composition information," and "object" are discussed above; the terms "scene" and "composer circuit" are discussed below.*<br><br>"A composer circuit configured to process the received composition information for the object to arrange the scene using the at least one object." | Indefinite means-plus-function claim limitation.<br><br>Recited structure "composer circuit" not defined in the specification. Composer unit (5) in the specification does not include a description of the structure for performing the recited function. |
| composer circuit | 14 | *This term is used adjectivally in claim 14 ("composer circuit").*<br><br>*This term does not warrant construction. It should be given its plain and ordinary meaning, to wit:*<br>"A device configured to arrange one or more elements, for example, into proportion or physical relation." | A discrete assemblage of physical electronic components whose primary function is to assign a position to the objects in a scene |
| scene | 14-17 | *This term does not warrant construction. It should be given its plain and ordinary meaning, to wit:*<br>"A view or picture, optionally with audio." | A hierarchical collection of objects using collective composition information or a collection of independent objects each having its own composition information |
| an scene generating device configured to generate the composed scene | 14 | *The term "scene" is discussed above.*<br><br>*This term does not warrant construction. It should be given its plain and ordinary meaning, to wit:*<br>"A device configured to generate the arranged scene." | Indefinite means-plus-function claim limitation.<br><br>Recited structure "scene generating device" not defined in the specification. No structure recited in the specification corresponding to a "scene generating |

| '873 Terms | Claim(s) | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
|  |  |  | device" for generating a scene. |

D. **US 5,629,958 (Zenith)**

| '958 Terms | Claim(s) | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| decoding means responsive to said received data signal for combining symbols from each of said subsegments with symbols from the same subsegment for deriving a plurality of estimated data bytes representing said source data bytes. | 9 | **Function:** combining symbols from each of said subsegments with symbols from the same subsegment for deriving a plurality of estimated data bytes representing said source data bytes<br><br>**Structure:** A decoder or postcoder [as in 44, 46, or 48] and its equivalents, or, in the alternative, a decoder or postcoder [as in 44, 46, or 48] and a comb filter [as in 42], and their respective equivalents. | Structure: Viterbi decoders as shown in figure 9 or equivalents<br><br>Function: combining symbols from each said subsegments with symbols from the same subsegment for deriving a plurality of estimated data bytes representing said source data bytes |
| responsive to said received data signal | 9 | *This term does not warrant construction. It should be given its plain and ordinary meaning, to wit:* "responsive to said received data signal." | Which receives the data signal outputted by the receiving means |
| wherein said decoding means comprises means for independently decoding each of said subsegments for deriving a plurality of estimated data bytes representing the corresponding one of said groups of contiguous source data bytes | 12 | **Function:** independently decoding each of the subsegments<br><br>**Structure:** A demultiplexor [as in 70 or 72] and separate decoders [as in 44A-L or 46 A-L] and their equivalents. | Structure: Demultiplexor outputting to separate Viterbi decoders or equivalents<br><br>Function: independently decoding each of the subsegments |

E.  US 5,802,107 (Zenith)

| '107 Terms | Claim(s) | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| A receiver for receiving data symbols arranged in a frame, wherein the frame has a plurality of data segments, wherein each data segment has a sync portion and a data portion, wherein each sync portion contains four sync symbols, wherein each data portion contains 828 data symbols, wherein the data symbols are rotated so that data symbols of the same bytes separated by a sync portion of a data segment are arranged to be processed together, and wherein the receiver comprises | 12 | *This clause does not require separate construction from the individual constructions below.* | Indefinite |
| receiver | 12-18, 20-26 | "receiving station" | Plain and ordinary meaning, no construction is necessary |
| rotates/rotated | 12, 14, 15, 17, 18, 20, 22, 23, 25, 26 | "circularly shifts/shifted" | Plain and ordinary meaning, no construction is necessary |
| processing means for processing corresponding pairs of data symbols of the same bytes together even through the data symbols of the same bytes are separated by the sync portions of each data segment | 12 | **Function:** processing corresponding pairs of data symbols of the same bytes together even though the data symbols of the same bytes are separated by the sync portions of each data segment<br><br>**Structure:** trellis decoder or its equivalents | This term is indefinite.<br>OR<br>If the court finds the term is not indefinite: Structure: Comb filter (111) and Trellis decoder (111) in Fig. 1<br><br>Function: imposing a delay on said received data symbols and decoding |

| '107 Terms | Claim(s) | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | | | corresponding pairs of said data symbols of the same bytes together, said data symbols having been rotated by the transmitter in such a way that the symbols enter the trellis decoder in the correct sequence. |
| A receiver for receiving data elements arranged in a frame, wherein the frame has a plurality of data segments, wherein each data segment has a sync portion and a data portion, wherein each sync portion contains S sync elements, wherein each data portion contains N data elements, wherein the data elements are rotated so that data elements corresponding to one another across each sync portion of each data segment are arranged to be processed together, wherein the receiver comprises | 20 | *This clause does not require separate construction from the individual constructions below.* | Indefinite |
| processing means for processing corresponding pairs of data elements depending upon a separation between corresponding data elements across the sync portions of each data segment | 20 | **Function:** processing corresponding pairs of data elements depending upon a separation between corresponding data elements across the sync portions of each data segment<br><br>**Structure:** trellis decoder or its equivalents | This term is indefinite.<br>OR<br>If the court finds the term is not indefinite: Structure: Comb filter (111) and Trellis decoder (111) in Fig. 1<br><br>Function: imposing a delay on said received data elements and decoding corresponding pairs of said data elements, said data elements having been |

| '107 Terms | Claim(s) | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | | | rotated by the transmitter in such a way that the elements enter the trellis decoder in the correct sequence. |
| rotating means rotates bytes of the data elements of the data portion of a fourth data segment by X | 26 | *Should not be construed as a means-plus-function limitation according to 35 U.S.C. 112(6).*<br><br>*In the alternative, if construed as a means-plus function limitation according to 35 U.S.C. 112(6), the following construction applies:*<br><br>**Function:** rotates bytes of the data elements of the data portion of a fourth data segment by X<br><br>**Structure:** byte rotator 202 or its equivalents | Function: rotates bytes of the data elements of the data portion of a fourth data segment by X<br><br>Structure: byte rotator 202 or its equivalents |