UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:13-cv-80567-MIDDLEBROOKS/Brannon
(consolidated for pretrial)

ZENITH ELECTRONICS LLC, et al.
       *Plaintiffs*,

v.

CRAIG ELECTRONICS INC.,
 *Defendant/ Counterclaim Plaintiff*.

Case No. 9:13-cv-80567-DMM
(Lead)

**JURY TRIAL DEMANDED**

### CRAIG ELECTRONICS INC.'S UNOPPOSED MOTION FOR CONTINUANCE OF CLAIM CONSTRUCTION HEARING
(Case No. 9:13-cv-80567-DMM Only)

  Defendant, Craig Electronics Inc. ("Craig"), by and through undersigned counsel hereby requests that this Court continue the claim construction hearing (hereinafter "Markman Hearing") currently scheduled for February 6, 2014 [DE 100 – Order Setting Markman Hearing] and reschedule said hearing for a later date due to the unconsolidation and transfer of Case No. 9:13-cv-80570-DMM, *Zenith Electonics LLC v. ViewSonic Corporation*, to the Central District of California and the resulting prejudice this places upon Craig, and in support thereof states as follows:

  As instructed by the Court, and as requested by Plaintiffs, Defendants Curtis International Limited ("Curtis"), ViewSonic and Craig (collectively "Defendants") coordinated their claim construction arguments, so as to simplify and streamline the terms to be construed and the constructions sought. Throughout the claim construction process, Defendants have split the work between them, such that no party proposed all of the arguments. After Curtis' settlement with Plaintiffs, ViewSonic and Craig divided Curtis' share of the work amongst themselves.

ViewSonic and Craig jointly prepared for the upcoming Markman Hearing by dividing up Curtis' portions of the arguments to be made during the hearing. Neither Craig nor ViewSonic intended to be fully prepared to present all of the arguments at the Markman Hearing, nor are they currently prepared to do so. With ViewSonic's removal from this District, and the unconsolidation of these matters, Craig is now in a position where it will be required to present all of the Defendants' joint arguments at the Markman Hearing.

At this late hour (the hearing is less than 48 hours from this filing), Craig would be unduly prejudiced if it is forced to go forward with the Markman Hearing as scheduled. Given Craig's substantially increased workload as a result of the Curtis settlement and ViewSonic's transfer, and given the highly technical nature of the Patents-In-Suit, two days is simply not enough time for Craig to adequately prepare. Now that Craig must perform three times the amount of work previously contemplated by the Defendants, Craig respectfully asks the Court to reschedule the Markman Hearing in light of the undue prejudice that would result if the Hearing were to go forward as scheduled.

As additional grounds for relief, Craig asks the Court to consider the fact that the parties are currently attending the deposition of Zenith Electronics in Chicago, Illinois. As a result, Craig will not have its full team at its disposal, or even in one location, further detracting from Craig's ability to adequately prepare for the Markman Hearing.

As a means of making this case's consolidated schedule workable, the Defendants have been splitting the workload in these matters. However, with ViewSonic's transfer, the on-going depositions, and the upcoming deadline for expert reports, it would require more than herculean effort for Craig to be fully prepared to present all of the arguments at the Markman Hearing without an extension of time.

For the foregoing reasons, Craig respectfully requests that the Markman Hearing currently scheduled for Thursday, February 6, 2014 [DE 100] be continued so as not to unduly prejudice Craig. Craig and Plaintiffs are available to conduct the Markman hearing on February 12, 13 and 14, 2014. This continuance will not affect any other dates in this case.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(3)

In accordance with Local Rule 7.1(a)(3), the undersigned counsel for movant certifies that he has contacted counsel for Plaintiffs in an effort to reach agreement on this Motion. Counsel for Plaintiffs advised that Plaintiffs do not oppose a continuance of the claim construction hearing to February 12, 13 or 14, 2014.

Date:   February 4, 2014                    Respectfully submitted,

**LOTT & FISCHER, PL**

**s/ Ury Fischer**
Ury Fischer
Florida Bar No. 048534
E-mail: UFischer@lottfischer.com
Leslie J. Lott
Florida Bar No. 182196
E-mail: LJLott@lottfischer.com
Adam Diamond
Florida Bar No. 091008
E-mail: ADiamond@lottfischer.com
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134
Telephone: (305) 448-7089
Facsimile: (305) 446-6191

*Attorneys for Defendant/ Counterclaim Plaintiff Craig Electronics Inc.*

3

**LOTT & FISCHER, PL** • 355 Alhambra Circle • Suite 1100 • Coral Gables, FL 33134
Telephone: (305) 448-7089 • Facsimile: (305) 446-6191

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 4, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

s/ Ury Fischer<br>
Ury Fischer

## SERVICE LIST

*Zenith Electronics LLC, et al. v. Craig Electronics Inc., et al.*
**United States District Court, Southern District of Florida
Case No. 9:13-cv-80567-MIDDLEBROOKS/Brannon
(consolidated for pretrial)**

Service via CM/ECF generated Notices of Electronic Filing:

**PROSKAUER ROSE LLP**
Matthew H. Triggs
E-mail: mtriggs@proskauer.com
Payal Salsburg
E-mail: psalsburg@proskauer.com
One Boca Place
2255 Glades Road
Suite 421 Atrium
Boca Raton, FL 33431-7360
Telephone: (561) 241-7400

**PROSKAUER ROSE LLP**
Steven M. Bauer
E-mail: sbauer@proskauer.com
Justin J. Daniels
E-mail: jdaniels@proskauer.com
Safraz W. Ishmael
E-mail: sishmael@proskauer.com
John M. Kitchura Jr.
E-mail: jkitchura@proskauer.com
Thomas Hoehner
E-mail: thoehner@proskauer.com

**PROSKAUER ROSE LLP**
Baldassare Vinti
E-mail: bvinti@proskauer.com
John C. Stellabotte
E-mail: jstellabotte@proskauer.com
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY 10036-8299
Telephone: (212) 969-3000

**4**

**LOTT & FISCHER, PL** • 355 Alhambra Circle • Suite 1100 • Coral Gables, FL  33134
Telephone: (305) 448-7089 • Facsimile: (305) 446-6191

Jinnie Reed
E-mail: jreed@proskauer.com
One International Place
Boston, MA 02110
Telephone: (617) 526-9600

*E-mail service and correspondence is at:* **PR_ATSC@proskauer.com**

*Attorneys for Plaintiffs*
*Zenith Electronics LLC, Panasonic Corporation, U.S. Philips Corporation, The Trustees of the Columbia University in the City of New York; and 3rd Party Counter-Defendant MPEG LA*


**BAKERBOTTS L.L.P.**
Paul A. Ragusa
E-mail: paul.ragusa@bakerbotts.com
Robert Maier
E-mail: robert.maier@bakerbotts.com
Jennifer C. Tempesta
E-mail: jennifer.tempesta@bakerbotts.com
30 Rockefeller Plaza
New York, NY  10112-4498
Phone: (212) 408-2500

*Attorneys for Plaintiff*
*The Trustees of the Columbia University in the City of New York*

**5**

**LOTT & FISCHER, PL** • 355 Alhambra Circle • Suite 1100 • Coral Gables, FL  33134
Telephone: (305) 448-7089 • Facsimile: (305) 446-6191