UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-80567-CV-MIDDLEBROOKS
(Consolidated for Pretrial)

ZENITH ELECTRONICS LLC, *et al.*,

    Plaintiffs,

v.

CRAIG ELECTRONICS INC., *et al.*,

    Defendants.
_____/

## ORDER ACCEPTING DEFENDANTS' NOTICE OF WITHDRAWAL

THIS CAUSE comes before the Court upon the Joint Status Report by Plaintiffs Zenith Electronics LLC, Panasonic Corporation, U.S. Philips Corporation, and the Trustees of Columbia University in the City of New York and Defendant Curtis International Ltd. (collectively, "Plaintiffs") and Defendants Craig Electronics, Inc. ("Craig") and ViewSonic Corporation ("ViewSonic") (collectively, "Defendants") to Court Pursuant to Court's Order of January 27, 2014 ("Status Report") (DE 119), filed on January 29, 2014. I have reviewed the record and I am otherwise advised in the premises.

In the Status Report, the Parties informed the Court that Defendants have agreed to the withdrawal without prejudice Defendants' Joinder (DE 102) in Defendant Curtis International Ltd.'s Motions to Compel Discovery (DE 53, 64) ("Notice"). In addition, the Parties notified the Court that they have agreed to modify particular discovery deadlines in the instant matter.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

1. Craig and ViewSonic's Notice (DE 119) is **ACCEPTED**;

2. Defendant's Joinder in Defendant Curtis's Motions to Compel Discovery (DE 102) is **DENIED WITHOUT PREJUDICE**;

3. Curtis' Motions to Compel Discovery (DE 53, 63) are **DENIED AS MOOT**;

4. The Pretrial Scheduling Order in this matter is modified as agreed upon by the Parties as follows:

| | |
|---|---|
| **January 31, 2014** | Close of fact discovery and service of amended invalidity contentions; |
| **February 7, 2014** | Initial Expert Reports (for matters in which each Party bears the burden of proof); |
| **February 21, 2014** | Rebuttal Expert Reports (responding to matters in which the other side bears the burden of proof); |
| **March 5, 2014** | Close of expert discovery; |
| **March 10, 2014** | All pretrial dispositive motions and *Daubert* motions must be filed. Counsel shall submit courtesy copies of all briefs and exhibits in three-ring binders to my Chambers; |
| **42 days before trial** | Joint pretrial stipulation and deposition designations must be filed pursuant to Local Rule 16.1.E. The witness lists shall be pared down to those witnesses the parties actually intend to call at trial; and the exhibit lists shall identify the witness introducing each exhibit. The witness and exhibit lists shall contain information required by Fed. R. Civ. P. 26(a); |
| **35 days before trial** | Rebuttal/counter deposition designations must be filed; |
| **7 days before trial** | (a) Joint proposed jury instructions and verdict form must be filed outlining (1) the legal elements of Plaintiff's claims, including damages, and (2) the legal elements of the defenses raised, consistent with and citing to the Eleventh Circuit Pattern Jury Instructions, where applicable; |
| | (b) Proposed findings of fact and conclusions of law must be filed by each Party, where applicable; **and** |

(c) Motions in Limine and Responses must be filed. **Before any motions are filed, the parties shall consult with each other to see if the issues can be resolved without Court involvement.** The motions shall be limited to one (1) page per evidentiary issue, and shall identify the evidence sought to be precluded and the legal authority supporting exclusion. The responses shall also be limited to one (1) page, and shall provide a statement of the purpose for which the challenged evidence would be offered and the legal authority supporting the admissibility of such evidence.

It is further **ORDERED AND ADJUDGED** that

5. Craig's Joinder in Defendant ViewSonic's Motion for an Extension of Time Regarding Pretrial and Trial Dates; Request for a Status Conference (DE 73) is **DENIED**. The Court advises the Parties that it will not grant extensions absent good cause. Craig has failed to show good cause necessary to extend the trial date in the instant matter at this time.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 3 day of February, 2014.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record

3