UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-80567-CIV-MIDDLEBROOKS

ZENITH ELECTRONICS LLC, *et al.*,

    Plaintiffs,

vs.

CRAIG ELECTRONICS INC.,

    Defendant.
_____/

## ORDER REQUIRING JOINT STIPULATION OF DISMISSAL

THIS CAUSE comes before the Court upon Notice by Plaintiffs Zenith Electronics LLC, Panasonic Corporation, U.S. Philips Corporation, and the Trustees of Columbia University in the City of New York and Defendant Craig Electronics Inc. (collectively, the "Parties") of Settlement between the Patent Owners and Craig Electronics Inc. ("Notice") (DE 138) filed on February 21, 2014, informing the Court that the Parties have settled all claims between them.

The Court congratulates the Parties on amicably resolving this matter. However, until a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41 is filed with the Court, all previously imposed dates and deadlines remain in effect. In their Notice, the Parties stated that they shall submit a form of dismissal within seven days of their Notice. Accordingly, is it hereby

**ORDERED AND ADJUDGED** that the Parties shall file a Joint Stipulation of Dismissal on or before **February 28, 2014.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 25 day of February, 2014.

                                                    DONALD M. MIDDLEBROOKS
                                                    UNITED STATES DISTRICT COURT

Copies to:    Counsel of Record